KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANMOHANJIT SINGH, ) <br> ) <br>    Petitioner, ) <br> ) <br>    v. ) <br> ) <br> DAVID STILL, in his Official Capacity, ) <br> District Director, U.S. Citizenship and ) <br> Immigration Services, United States ) <br> Department of Homeland Security, San ) <br> Francisco, California; EMILIO ) <br> GONZALEZ, in his Official Capacity, ) <br> Director, Bureau of Citizenship and ) <br> Immigration Services, United States ) <br> Department of Homeland Security; ) <br> MICHAEL CHERTOFF, in his Official ) <br> Capacity, Secretary, United States ) <br> Department of Homeland Security; ) <br> ALBERTO R. GONZALES, in his ) <br> Official Capacity, Attorney General, U.S. ) <br> Department of Justice, ) <br> ) <br>    Defendants. ) <br> _____) | No. C 06-2458-MJJ <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

     The plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

     1. The plaintiff filed a petition for writ of mandamus on April 7, 2006, seeking an order directing the United States Citizenship and Immigration Services to adjudicate applications of adjustment of status.

STIPULATION AND ORDER CONTINUING CMC
C 06-2458-MJJ                           1

2. The defendants filed an answer on June 9, 2006.

3. A case management conference is currently scheduled on July 18, 2006.

4. The parties have met and conferred and believe that plaintiffs' case may possibly be administratively resolved within the next few months.

5. The parties therefore agree, subject to court approval, to continue the Case Management Conference currently set for July 18, 2006, **to September 19, 2006.**

6. The parties further agree, subject to court approval, to file a joint case management statement seven days in advance of the case management conference, and to file the necessary Alternative Dispute Resolution documents twenty-one days in advance of the case management conference. The parties are also discussing the propriety of discovery and, if necessary, will provide their initial disclosures and Rule 26(f) report seven days before the case management conference.

Dated: June 26, 2006
        /s/
STACY TOLCHIN
Van Der Hout, Brigagliano and Nightingale
Attorneys for Plaintiff

Dated: June 26, 2006
KEVIN V. RYAN
United States Attorney

        /s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to September 19, 2006.

Dated: __7/7/2006

_____
MARTIN J. JENKINS
United States District Court Judge

---

[1] I, Edward A. Olsen, attest that both Stacy Tolchin and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION AND ORDER CONTINUING CMC
C 06-2458-MJJ      2