1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927
7  Attorneys for Respondents
8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  MANMOHANJIT SINGH,                )
                                      )    No. C 06-2458-EMC
13          Petitioner,               )
                                      )
14     v.                             )
                                      )
15  DAVID STILL, in his Official Capacity,  )   **REVISED STIPULATION TO EXTEND**
    District Director, U.S. Citizenship and )   **BRIEFING SCHEDULE AND HEARING**
16  Immigration Services, United States     )   **DATE; AND [~~PROPOSED~~] ORDER**
    Department of Homeland Security, San    )
17  Francisco, California; EMILIO           )
    GONZALEZ, in his Official Capacity,     )
18  Director, Bureau of Citizenship and     )
    Immigration Services, United States     )
19  Department of Homeland Security;        )
    MICHAEL CHERTOFF, in his Official       )
20  Capacity, Secretary, United States      )
    Department of Homeland Security;        )
21  ALBERTO R. GONZALES, in his            )
    Official Capacity, Attorney General, U.S. )
22  Department of Justice,                 )
                                           )
23          Respondents.                   )
    _____)

24       The petitioner, by and through his attorneys of record, and respondents, by and through

25  their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

26       1.  The petitioner filed a petition for writ of mandamus on April 7, 2006, seeking an order

27  directing the United States Citizenship and Immigration Services to adjudicate two I-485

28  applications of adjustment of status.

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C 06-2458-EMC                              1

1      2.   Following cross-motions for summary judgment and a hearing, this Court issued an order

2   on January 8, 2007, granting petitioner's motion for summary judgment, denying respondents'

3   motion for summary judgment, and directing the respondents to adjudicate the petitioner's I-485

4   applications forthwith.

5      3.   The petitioner filed a motion for attorney's fees on April 5, 2007, and set a hearing date for

6   May 30, 2007.

7      4.   The parties have met and conferred, and believe that there is a possibility that the

8   petitioner's motion for attorney's might be resolved and that further discussion of this possibility

9   is warranted.

10      5.   The parties therefore agree, subject to court approval, to extend the deadline for filing the

11   respondents' opposition to the motion for summary judgment, and respectfully ask this Court to

12   extend the date of the hearing in this matter, currently scheduled for May 30, 2007, **to July 25,**

13   **2007.**  The respondents will file their opposition to petitioner's motion for attorney's fees, if any,

14   no later than 21 days prior to the July 25, 2007 hearing date, and petitioner will file his reply, if

15   any, no later than 14 days prior to the July 25, 2007 hearing date.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C 06-2458-EMC                                              2

1

2

3

4

5   Dated:  May 7, 2007                                        /s/
                                                    STACY TOLCHIN
6                                                   Van Der Hout, Brigagliano and Nightingale
                                                    Attorneys for Petitioner
7

8
    Dated:  May 7, 2007
9                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
10

11
                                                              /s/
12                                                  EDWARD A. OLSEN
                                                    Assistant United States Attorney
13                                                  Attorney for Respondents

14                                  **ORDER**

15          PURSUANT TO STIPULATION, IT IS SO ORDERED that the respondents' opposition to

16   petitioner's motion for attorney's fees is due on or before July 3rd; that petitioner's reply, if any, is

17   due on or before July 11, 2007, and that the hearing be re-scheduled from May 30, 2007, to July

18   25, 2007.

19

20   Dated: May ___8___, 2007

21   EDW
     Unite

22

23                                                  Judge Edward M. Chen

24

25

26

27

28

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C 06-2458-EMC                           3