SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANMOHANJIT SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID STILL, in his Official Capacity, District Director, U.S. Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California; EMILIO GONZALEZ, in his Official Capacity, Director, Bureau of Citizenship and Immigration Services, United States Department of Homeland Security; MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; ALBERTO GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice,<br><br>    Respondents. | No. C 06-2458-EMC<br><br>STIPULATION AND [~~PROPOS~~ED] ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, the following:

    1. The respondents shall pay the sum of Nine Thousand Dollars and no cents ($9,000) in settlement of the petitioner's motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA") filed in *Manmohanjit Singh v. Still*, C-06-2458-EMC. The check is to be

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT
C 06-2458-EMC                        1

1 | payable to Petitioner's counsel:

> Marc Van Der Hout
> Van Der Hout, Brigagliano & Nightingale, LLP
> 180 Sutter Street, Fifth Floor
> San Francisco, CA 94104
> Tel: 981-3000; Fax: 981-3003

2. This is a settlement of petitioner's request for attorney fees and costs in *Manmohanjit Singh v. Still*, C-06-2458-EMC. It does not constitute an admission of liability or fault on the part of the respondents or a concession as to the propriety and amount of fees and costs. This agreement is entered into by the parties for the purpose of compromising the request for fees and costs and avoiding the expense and risk of further litigation.

3. The payment of $9,000 will constitute a full and complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to *Manmohanjit Singh v. Still*, C-06-2458-EMC.

4. The payment may take sixty days or more to process, but the respondents agree to make good faith efforts to expeditiously process said payment.

5. Within 14 days of receipt of payment, the petitioner will withdraw the motion for attorney's fees and costs.

6. The Court retains jurisdiction to enforce the terms of this settlement agreement.

Dated: July 3, 2007

/s/
STACY TOLCHIN
Van Der Hout, Brigagliano and Nightingale
Attorney for Petitioner

SCOTT N. SCHOOLS
United States Attorney

Dated: July 3, 2007

/s/
EDWARD A. OLSEN
Assistant United States Attorney

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT
C 06-2458-EMC                                                                2

1 **ORDER**

2

3     PURSUANT TO STIPULATION, IT IS SO ORDERED:

4  Dated: _____July 5, 2007_____

5     _____
       EDWARD M. CHEN
6      United States M

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT
C 06-2458-EMC                              3